IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MALLARD IP LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>SCHWEITZER ENGINEERING LABORATORIES, INC.,<br><br>      Defendant. | CIVIL ACTION<br><br>NO. 2:21-cv-00472<br><br>**Jury Trial Demanded** |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock

This 29th day of December, 2021.

                                            /s/ *Cortney S. Alexander*_____
                                            Cortney S. Alexander
                                              cortneyalexander@kentrisley.com
                                              Tel: (404) 855-3867
                                              Fax: (770) 462-3299
                                          KENT & RISLEY LLC
                                          5755 N Point Pkwy Ste 57
                                          Alpharetta, GA 30022

                                          Attorneys for Plaintiff