# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MALLARD IP LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:21-CV-00472-JRG |
| § | (LEAD CASE) |
| SCHWEITZER ENGINEERING § | |
| LABORATORIES, INC., § | |
| § | |
| *Defendant*. § | |
| v. § | CIVIL ACTION NO. 2:21-CV-00471-JRG |
| § | (MEMBER CASE) |
| RADISYS CORPORATION, § | |
| § | |
| *Defendant*. § | |

## **ORDER**

Before the Court is Plaintiff Mallard IP LLC ("Mallard") and Defendant Schweitzer Engineering Laboratories, Inc.'s ("Schweitzer") Joint Motion to Stay All Deadlines and Notice of Settlement (the "Motion"). (Dkt. No. 11). In the Motion, Mallard and Schweitzer inform the Court that they have reached an agreement in principle to settle all matters in controversy between them. Accordingly, Mallard and Schweitzer request that the Court stay all deadlines between them in the above-captioned case for thirty (30) days.

Having considered the Motion, and in light of its joint nature, the Court finds that it should be and hereby is **GRANTED**. It is **ORDERED** that all case deadlines between Mallard and Schweitzer are **STAYED** for thirty (30) days during which time appropriate dismissal papers shall be filed with the Court.

**So ORDERED and SIGNED this 11th day of March, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE