**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| MALLARD IP LLC, | § | |
| | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| v. | § | CIVIL  ACTION  NO.    2:21-CV-00472-JRG |
| | § | (LEAD CASE) |
| SCHWEITZER ENGINEERING | § | |
| LABORATORIES, INC., | § | |
| | § | |
| | § | |
| *Defendant.* | § | |

| | | |
|---|---|---|
| v. | § | CIVIL  ACTION  NO.    2:21-CV-00471-JRG |
| | § | (MEMBER CASE) |
| RADISYS CORPORATION, | § | |
| | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

**<u>ORDER</u>**

Before the Court is Plaintiff Mallard IP LLC ("Mallard") and Defendant Radisys Corporation's ("Radisys") Joint Motion to Stay All Deadlines and Notice of Settlement Between Plaintiff and Radisys Corporation (the "Motion"). (Dkt. No. 12). In the Motion, Mallard and Radisys inform the Court that they have reached an agreement in principle to settle all matters in controversy between them. Accordingly, Mallard and Radisys request that the Court stay all deadlines between them in the above-captioned case for thirty (30) days.

Having considered the Motion, and in light of its joint nature, the Court finds that it should be and hereby is **GRANTED**. It is **ORDERED** that all case deadlines between Mallard and Radisys are **STAYED** for thirty (30) days during which time appropriate dismissal papers shall be filed with the Court.

So ORDERED and SIGNED this 11th day of March, 2022.

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE