IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MALLARD IP LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br><br>SCHWEITZER ENGINEERING LABORATORIES, INC.,<br><br>　　　　Defendant. | C.A. No. 2:21-CV-0472-JRG<br><br>(Lead Case)<br><br><br><br>**Jury Trial Demanded** |
| MALLARD IP LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RADISYS CORPORATION,<br><br>　　　　Defendant. | C.A. No. 2:21-CV-0471-JRG<br><br>(Member Case)<br><br><br><br>**Jury Trial Demanded** |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION AGAINST SCHWEITZER ENGINEERING LABORATORIES, INC. WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Defendant Schweitzer Engineering Laboratories, Inc. having not yet filed or served upon Plaintiff either an answer or a motion for summary judgment, Plaintiff hereby dismisses its action against Schweitzer Engineering Laboratories, Inc. with prejudice. According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before the opposing party serves either an answer or a motion for summary judgment,

neither of which have been filed in this case. Accordingly, Plaintiff voluntarily dismisses its action against Defendant Schweitzer Engineering Laboratories, Inc. with prejudice pursuant to Rule 41(a)(1)(A)(i). Plaintiff's action against Radisys Corporation, No. 2:21-cv-00471-JRG, which has been consolidated with this case, remains pending.

    This 18th day of March, 2022.

                                            /s/ *Cortney S. Alexander*
                                            Cortney S. Alexander
                                            GA Bar No. 142690
                                              cortneyalexander@kentrisley.com
                                              Tel: (404) 855-3867
                                              Fax: (770) 462-3299
                                            KENT & RISLEY LLC
                                            5755 N Point Pkwy Ste 57
                                            Alpharetta, GA 30022

                                            Attorneys for Plaintiff