IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MALLARD IP LLC,<br><br>      Plaintiff,<br><br>   v.<br><br><br>SCHWEITZER ENGINEERING LABORATORIES, INC.,<br><br>      Defendant. | C.A. No. 2:21-CV-0472-JRG<br><br>(Lead Case)<br><br><br><br>**Jury Trial Demanded** |
| MALLARD IP LLC,<br><br>      Plaintiff,<br><br>   v.<br><br>RADISYS CORPORATION,<br><br>      Defendant. | C.A. No. 2:21-CV-0471-JRG<br><br>(Member Case)<br><br><br><br>**Jury Trial Demanded** |

## **ORDER**

The Plaintiff having filed a Notice of Voluntary Dismissal of Action Against Schweitzer Engineering Laboratories, Inc. with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

IT IS HEREBY ORDERED THAT Plaintiff's action against Defendant Schweitzer Engineering Laboratories, Inc. be dismissed with prejudice. Plaintiff's action against Radisys

Corporation, No. 2:21-cv-00471-JRG, which has been consolidated with this case, remains pending.